UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Federal National Mortgage Association,
Plaintiff,

-against-

Fagimay Holdings LLC et al,
Defendants.

25-CV-7442 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court has scheduled a hearing on August 14 on the pending default judgment motion. Dkt. 61. At that hearing the Court will also hear from the parties on the pending motion for sanctions. Dkt. 49.

SO ORDERED.

Dated: July 30, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge