UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Federal National Mortgage Association,

Plaintiff,

-against-

Faigmay Holdings LLC, et al.,

Defendants.

25-CV-7442 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Consistent with the relief granted in the Amended Judgment of Foreclosure and Sale, Dkt. 67, the motion for default judgment as to defendants New York City Environmental Control Board and Approved Oil Co. is GRANTED. The Clerk of Court is respectfully directed to close the motions at Dkt. 53 and Dkt. 63.

The receiver Trigild IVL's motion to appoint counsel is GRANTED. The Clerk of Court is respectfully directed to close the motion at Dkt. 48. As for the receiver's motion for sanctions, Dkt. 49, defendants Faigmay Holdings LLC, 702-704 Eagle Associates LLC, Yosef Grunwald, and Yoel Grunwald have until Wednesday to turn over the items identified by the receiver in its August 14, 2026 email, or provide an explanation for why they are unable to do so.

SO ORDERED.

Dated: August 17, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge