UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Federal National Mortgage Association,

Plaintiff,

-against-

Faigmay Holdings LLC et al.,

Defendants.

25-CV-7442 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The receiver has updated the Court by email that defendants "appear to have provided all documents requested that they are in possession of." However, the receiver represents that "the funds transferred are much less than are reflected in [defendants'] documentation." That is concerning. However, the Court currently doesn't have that "documentation" and hasn't heard defendants' side of the story. Because the issues presented in the January motion for sanctions, Dkt. 49, have largely been resolved and narrowed, that motion is DENIED without prejudice.

However, if the parties are unable to resolve their dispute regarding the remaining funds, the receiver should file a short, renewed motion for sanctions by September 4. The motion should clearly spell out the funds the receiver believes it's entitled to and attach any supporting documentation. Defendants' opposition to that motion will be due a week later, September 11. The receiver can file a reply by September 16. The Court cautions defendants that if the Court determines that they are refusing to turn over funds as required by the receiver order, Dkt. 26, sanctions would be warranted. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 49.

SO ORDERED.

Dated: August 28, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge