UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Federal National Mortgage Association,<br>Plaintiff,<br>-against-<br>Faigmay Holdings LLC, et al.,<br>Defendants. | 25-CV-7442 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court has entered final judgment in this case as to all defendants. Dkt. 67. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: October 5, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge